PETER C. ANDERSON, UNITED STATES TRUSTEE
JILL M. STURTEVANT, ASSISTANT UNITED STATES TRUSTEE
RON MAROKO, TRIAL ATTORNEY, SBN 124770
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017-3560
(213) 894-4520  Facsimile: (213) 894-2603
Ron.Maroko@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| In re | NOTICE OF MOTION AND MOTION UNDER 11 U.S.C. § 1112(b)(1) TO CONVERT, DISMISS OR APPOINT A CHAPTER 11 TRUSTEE WITH AN ORDER DIRECTING PAYMENT OF QUARTERLY FEES AND FOR JUDGMENT THEREON; DECLARATION OF BANKRUPTCY AUDITOR |
|---|---|
| **PATRICIA M. NEDRICK-GRAY,** | |
| Debtor(s). | |
| | CHAPTER 11 |
| | CASE NUMBER **2:18-bk-17790 BR** |

TO THE DEBTOR, DEBTOR'S ATTORNEY, CREDITORS, AND OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that on the following date and time in the indicated courtroom, the United States Trustee will move, and does hereby move the Court for an order either converting the above entitled chapter 11 case to chapter 7 or dismissing the case, for payment of quarterly fees, for judgment thereon and for such other relief as may be appropriate on the grounds set forth below.

**Hearing Date: 08/21/2018**    **Time: 2:00 p.m.**    **Courtroom: 1668**

**Location:  255 E. Temple Street,  Los Angeles, California 90012**

Local Bankruptcy Rule 9013-1(f) requires that any opposition or response to this motion be stated in writing, filed with the Clerk of the Court and served upon the United States Trustee at the address set forth in the upper left-hand corner of this document, upon the chapter 11 trustee and his or her attorney if a trustee has been appointed, and upon the debtor and the debtor's attorney no less than fourteen (14) days prior to the above hearing date.  The court may treat failure to file a written response to this motion within the required time period as consent to the motion.

## FILING INFORMATION
[X] A voluntary petition under     [ ] chapter 7  [X] chapter 11 [ ] chapter 13 was filed on: **07/06/2018**
[ ] An involuntary petition under [ ] chapter 7   [ ] chapter 11 was filed on:
[ ] An order of relief under       [ ] chapter 7   [ ] chapter 11 was entered on:
[ ] An order of conversion to     [ ] chapter 7   [ ] chapter 11 [ ] chapter 13 was entered on:

Revised 08/20/2012

| In Re: **PATRICIA M. NEDRICK-GRAY** | CHAPTER 11 |
|---|---|
| Debtor(s) | CASE NUMBER **2:18-bk-17790 BR** |

## PROCEDURAL STATUS

[  ] An order for the appointment of a chapter 11 trustee (examiner) was entered on:

[  ] Name of trustee (examiner) appointed:

[  ] Name of attorney of record for trustee (examiner):

[  ] The petition was filed by a corporation without an attorney in violation of Local Bankruptcy Rule 9011- 2(a) which prohibits a corporation, partnership or unincorporated association from filing a petition or otherwise appearing without counsel except for limited circumstances not applicable to prosecuting this Chapter 11 case.

## FACTS

1.    [  ] The Debtor(s) is/are a small business debtor as that term is defined in 11 U.S.C. § 101(51D).

[  ] The Debtor is a single asset real estate debtor as that term is defined in 11 U.S.C. § 101(51B).

[X] To date, no Disclosure Statement or Plan of Reorganization has been filed or submitted by the Debtor(s).

[  ] The Debtor(s) has failed to schedule a hearing for approval of the Disclosure Statement or Plan.

[  ] A hearing to consider the adequacy of information in the Debtor's(s') Disclosure Statement is set for:

[  ] The Disclosure Statement was approved by the Court by an Order entered on:

2.    The Debtor has failed to comply with the requirements of the United States Trustee Chapter 11 Notices and Guides Effective September 1, 2011 (Notices and Guides), Bankruptcy Code and/or Local Bankruptcy Rules by failing to provide documents, financial reports or attend required meetings as follows:[1]

[X] Schedules of Assets and Liabilities. **Due by 07/20/2018. Order entered 07/23/2018 extending to 07/27/2018.**

[X] Statement of Financial Affairs. **Due by 07/20/2018. Order entered 07/23/2018 extending to 07/27/2018.**

[X] Form B22B, Statement of Current Monthly Income.

[  ] Credit Counseling Certificate and copy of any debt repayment plan.

[  ] List of the twenty (20) largest unsecured creditors.

[X] Notice of Setting/Increasing Insider Compensation.

[X] Application to Employ Attorney.

[X] Appear at the Initial Debtor Interview.

[  ] Appear at the duly noticed § 341(a) examination.

[  ] Debtor's(s)' compliance was not submitted in the format required by the Notices and Guides and was rejected on _____ for the reasons set forth in the declaration of Bankruptcy Auditor.

[X] Declaration of Debtor Regarding Compliance with U.S. Trustee Guidelines and Requirements For Chapter 11 Debtors In Possession ("Chapter 11 Compliance declaration").

[X] Real Property Questionnaire(s).

[X] Sufficient evidence of closing of all pre-petition bank accounts including:

[X] Closing bank statements; and/or

---

[1]The United States Trustee respectfully requests that the Court take judicial notice of Debtor's petition, schedules, statement of financial affairs and other documents filed therewith and any amendments thereto which are in the Court's filed, pursuant to Fed. R. Evid. 201, as made applicable to bankruptcy proceedings by Fed. R. Bankr. P. 9017. The information contained in these documents, signed under penalty of perjury by Debtor, are admissible admissions of the Debtor pursuant to Fed. R. Evid. 801(d).

| In Re: **PATRICIA M. NEDRICK-GRAY** | CHAPTER 11 |
|---|---|
| Debtor(s) | CASE NUMBER **2:18-bk-17790 BR** |

[X]  Bank Account Information in the Chapter 11 Compliance declaration.

[X]  Sufficient evidence of the opening and maintenance of three debtor-in-possession bank accounts (general, payroll and tax)[2] including: (1) a copy of the "debtor-in-possession" check for each account.

[X]  Sufficient evidence of current insurance coverage including:

    [X]  The declaration page for each policy; and/or

    [X]  Insurance information in the Chapter 11 Compliance declaration.

[X]  Proof of required certificates and/or applicable licenses in the Chapter 11 Compliance declaration.

[X]  A list of insiders as defined at 11 U.S.C. § 101(31) in the Chapter 11 Compliance declaration.

[X]  Financial Statement information in the Chapter 11 Compliance declaration.

[X]  A projected cash flow statement for the first ninety (90) days of operation under chapter 11.

[X]  A conformed copy(ies)of the recording of the Debtor's bankruptcy petition in each county in which real property is owned.

[X]  A Statement of Major Issues and Timetable Report.

[X]  Provide copies of the preceding two years of state and federal income tax returns and the most recent payroll and sales tax returns at the Initial Debtor Interview.

[X]  An Employee Benefit Plan Questionnaire

[X]  Monthly Operating Report(s):

    [X]  Since filing

    [X]  For the following periods:  By the hearing date, Monthly Operating Reports for July and August 2018 will be due.

[X]  Pay quarterly fees:

    [X]  Since filing

    [X]  For the following quarters: 3rd Quarter 2018 fees continue to accrue.

[  ]  Quarterly disbursement amounts for computation of quarterly fees:

    [  ]  Since filing

    [  ]  For the following  quarters:

[  ]While Debtor(s)'s Schedule A and/or real property questionnaire(s) list an ownership interest in one or more real property/ies and Debtor(s)'s Schedule I and/or real property questionnaire(s) list income from real property/ies, to date, neither a motion to use cash collateral nor a stipulation consenting to Debtor(s)'s use of cash collateral related to the subject real property/ies has been filed with the Court.

3.  [X] Additional facts in support of the motion include:
    **See Declaration of Bankruptcy Auditor, Jack Arutyunyan, attached hereto.**

4.  [X] Attached to the declaration of Bankruptcy Auditor, are true and correct copies of the following documents in support of the above allegations:

    EXHIBIT A:  USBC Docket for Case Number 2:14-bk-27151 VZ

    EXHIBIT B:  USBC Docket for Case Number 2:12-bk-16289 TD

    EXHIBIT C:  USBC Docket for Case Number 2:12-bk-10286 BR

    EXHIBIT D:  USBC Docket for Case Number 2:98-bk-30468 TD

---

[2] Unless Debtor has requested in writing that the United States Trustee waive one or more of the required accounts and the United States Trustee has granted the request in writing.

| In Re: **PATRICIA M. NEDRICK-GRAY** | CHAPTER 11 |
|---|---|
| Debtor(s) | CASE NUMBER **2:18-bk-17790 BR** |

## MEMORANDUM OF POINTS AND AUTHORITIES

- Except as provided in paragraph (2) and subsection ( C ), on request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate."11 U.S.C. § 1112(b)(1).

- "For the purposes of this subsection, the term "cause" includes- (A) substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation; (B) gross mismanagement of the estate; ( C ) failure to maintain appropriate insurance that poses a risk to the estate or to the public; (D) unauthorized use of cash collateral substantially harmful to 1 or more creditors; (E) failure to comply with an order of the court; (F) unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter; (G) failure to attend the meeting of creditors convened under section 341(a) or an examination ordered under rule 2004 of the Federal Rules of Bankruptcy Procedure without good cause shown by the debtor; (H) failure timely to provide information or attend meetings reasonably requested by the United States Trustee (or the bankruptcy administrator, if any); (I) failure timely to pay taxes owed after the date of the order for relief or to file tax returns due after the date of the order for relief; (J) failure to file a disclosure statement, or to file or confirm a plan, within the time fixed by this title or by order of the court; (K) failure to pay any fees or charges required under chapter 123 of title 28; (L) revocation of an order of confirmation under section 1144 of this title; (M)  inability to effectuate substantial consummation of a confirmed plan; (N) material default by the debtor with respect to a confirmed plan; (O) termination of a confirmed plan by reason of the occurrence of a condition specified in the plan; and (P) failure of the debtor to pay any domestic support obligation that first becomes payable after the date of the filing of the petition." *11 U.S.C. § 1112(b)(4).*

- "In a small business case . . . (2) the plan and disclosure statement (if any) shall be filed not later than 300 days after the date of the order for relief". *11 U.S.C. § 1121(e)(2).*

- Local Bankruptcy Rule 2015-2(b) provides that timely compliance with the reasonable requirements of the Office of the United States Trustee is mandatory.

- Failure to comply with the reporting requirements of the United States Trustee and the Local Bankruptcy Rules is cause to dismiss a chapter 11 case or convert it to one under chapter 7 (11 U.S.C. § 1112(b)(1) and (b)(4)), [*In re 3868-70 White Plains Road Inc.*, 28 B.R. 515 (Bankr. S.D.N.Y. 1983); *In re Bianco,* 5 B.R. 466 (Bank. D. Mass.1980); *In re Pappas,* 17 B.R. 662 (Bankr. D. Mass. 1982)].

- The court may convert or dismiss a case where no reasonable possibility of effective reorganization exists, the debtor is unable to effectuate a plan and/or for unreasonable delay which prejudices the rights of creditors. *See, e.g., In re Johnston*, 149 Bankr 158, 161 (9th Cir. BAP 1992).

- The court may prohibit the debtor from filing another bankruptcy petition for a period of 180 days where the debtor has failed to properly prosecute the case. 11 U.S.C. §§ 105, 109(g) and 349(a).

- The United States Trustee Notices and Guides provide that payment of quarterly fees is due upon dismissal of the case. The United States Trustee requests that the court order payment as requested herein and enter a judgment pursuant to Bankruptcy Rules 9014 and 7052 if the case is dismissed.

| In Re:  **PATRICIA M. NEDRICK-GRAY** | CHAPTER 11 |
|---|---|
| Debtor(s) | CASE NUMBER **2:18-bk-17790 BR** |

**Based on the above facts and law, and also based upon such oral and/or documentary evidence as may be presented at the time of the hearing, the United States Trustee respectfully requests as follows.**

1.  That the Court grant the United States Trustee's motion per §1112(b)(1) and either dismiss this case, convert it to one under chapter 7 or appoint a Chapter 11 trustee if in the best interest of creditors.  Based on the United States Trustee's review of the record and evidence, the United States Trustee suggests:
    ☒ conversion

    Schedules have not been filed in this case, but as reflected in the petition, Debtor disclosed that she has between $1 million to $10 million in assets.  In her 2014 case Debtor did file her schedules, which showed a surplus on her real property asset and rental income.  Many of Debtor's unsecured creditors listed on the matrix also appear in the 2014 case.  Therefore, the United States Trustee recommends conversion to chapter 7, so that the trustee can evaluate if there are assets that can be liquidated for the benefit of creditors.

2.  If the case is converted to one under chapter 7, that the Court enter an order requiring debtor's counsel to file a fee application under Bankruptcy Code § 330 within thirty (30) days.

3.  If the case is dismissed, and the Court finds cause, that the court enter an order prohibiting the debtor from filing another bankruptcy petition for a period of 180 days after the date of entry of the order of dismissal.

4.  If the case is dismissed, that the Court order the debtor to pay any quarterly fees due to the United States Trustee forthwith and enter a judgment in favor of the United States Trustee for any unpaid quarterly fees.

5.  In the alternative, that the Court set dates certain for the debtor to file a disclosure statement and plan, to obtain court approval of the adequacy of information in the disclosure statement, and to obtain court confirmation of a plan of reorganization ("dates certain") and that this court order that the debtor remain in full and timely compliance with the United States Trustee requirements.

6.  If the court sets date(s) certain and/or orders that the debtor remain in full and timely compliance with the United States Trustee requirements, that the court further order that if the debtor fails to comply with any date set or to remain in full and timely compliance, that this case may be converted or dismissed without further hearing, upon application of the United States Trustee to the court, served upon debtor and debtor's counsel.

7.  That the court order such other and further relief as may be appropriate in the circumstances.

Date: July 25, 2018

PETER C. ANDERSON
UNITED STATES TRUSTEE

By _____
Ron Maroko
Attorney for United States Trustee

# DECLARATION OF JACK ARUTYUNYAN

DECLARATION OF JACK ARUTYUNYAN

| In Re: **PATRICIA M. NEDRICK-GRAY** | CHAPTER 11 |
|---|---|
| Debtor(s) | CASE NUMBER **2:18-bk-17790 BR** |

## DECLARATION OF BANKRUPTCY AUDITOR

I am over the age of eighteen years and am not a party to this case. If called upon to testify I could and would do so competently. I am employed as a Bankruptcy Auditor by the Office of the United States Trustee for the Central District of California, in the Los Angeles Field Office. I am the Bankruptcy Auditor **assigned** to PATRICIA M. NEDRICK-GRAY, Case No. 2:18-bk-17790 BR. I have personal knowledge of the facts set forth herein, and based on that personal knowledge I assert that all such facts are true and correct to the best of my knowledge.

1.  I am familiar with the procedures of the United States Trustee for maintaining paper and electronic submissions by debtors of the requirements of the United States Trustee for Chapter 11 debtors. These procedures include the routine maintenance of paper and electronic submissions by debtors in electronic files that are maintained for each Chapter 11 case in order for the United States Trustee to discharge his statutory duties. I have reviewed the files and electronic records of the United States Trustee for his case and have included the results of my review in this declaration.

2.  [ ]  The petition was filed by a Corporation without an attorney in violation of Local Bankruptcy Rule 9011-2(a) which prohibits a corporation, partnership or unincorporated association from filing a petition or otherwise appearing without counsel except for limited circumstances not applicable to prosecuting this Chapter 11 case.
    [ ]  The Debtor(s) is/are a small business debtor as that term is defined in 11 U.S.C. § 101(51)(D).
    [X]  To date, no Disclosure Statement or Plan of Reorganization has been filed or submitted by the Debtor(s).
    [ ]  The Debtor(s) has failed to schedule a hearing for approval of the Disclosure Statement or Plan.
    [ ]  A hearing to consider the adequacy of information in the Debtor's(s') Disclosure Statement is set for:
    [ ]  The disclosure statement was approved by the Court by an Order entered on:

3.  [ ]  The Debtor has failed to comply with the requirements of the United States Trustee Chapter 11 Notices and Guides, Bankruptcy Code and/or Local Bankruptcy Rules by failing to provide documents, financial reports or attend required meetings as follows:

    [X]  Schedules of Assets and Liabilities. **Due by 07/20/2018. Order entered 07/23/2018 extending to 07/27/2018.**
    [X]  Statement of Financial Affairs. **Due by 07/20/2018. Order entered 7/23/2018 extending to 07/27/2018.**
    [X]  Form B22B, Statement of Current Monthly Income.
    [ ]  Credit Counseling Certificate and copy of any debt repayment plan.
    [ ]  List of the twenty (20) largest unsecured creditors.
    [X]  Notice of Setting/Increasing Insider Compensation.
    [X]  Application to Employ Attorney.
    [X]  Appear at the Initial Debtor Interview.
    [ ]  Appear at the duly noticed § 341(a) examination.
    [ ]  Debtor's(s)' compliance was not submitted in the format required by the Notices and Guides and was rejected on _____. Specifically, _____.
    [X]  Declaration Of Debtor Regarding Compliance With U.S. Trustee Guidelines and Requirements For Chapter 11 Debtors In Possession ("Chapter 11 Compliance declaration").
    [X]  Real Property Questionnaire(s).

| In Re: **PATRICIA M. NEDRICK-GRAY** | CHAPTER 11 |
|---|---|
| Debtor(s) | CASE NUMBER **2:18-bk-17790 BR** |

[X]  Sufficient evidence of closing of all pre-petition bank accounts including:
    [X]  Closing bank statements; and/or
    [X]  Bank Account Information in the Chapter 11 Compliance declaration.
[X]  Sufficient evidence of the opening and maintenance of three debtor-in-possession bank accounts
    (general, payroll and tax)[3] including: (1) a copy of the "debtor-in-possession" check for each account.
[X]  Sufficient evidence of current insurance coverage including:
    [X]  The declaration page for each policy; and/or
    [X]  Insurance information in the Chapter 11 Compliance declaration.
[X]  Proof of required certificates and/or applicable licenses in the Chapter 11 Compliance declaration.
[X]  A list of insiders as defined at 11 U.S.C. § 101(31) in the Chapter 11 Compliance declaration.
[X]  Financial Statement information in the Chapter 11 Compliance declaration.
[X]  A projected cash flow statement for the first ninety (90) days of operation under chapter 11.
[X]  A conformed copy(ies)of the recording of the Debtor's bankruptcy petition in each county in which real
    property is owned.
[X]  A Statement of Major Issues and Timetable Report.
[X]  Copies of the preceding two years of state and federal income tax returns and the most recent payroll
    and sales tax returns.

[X]  An Employee Benefit Plan Questionnaire

[X]  Monthly Operating Report(s):
    [X]  Since filing
    [X]  For the following periods:  By the hearing date, Monthly Operating Reports for July and August
        2018 will be due.
[X]  Pay quarterly fees:
    [X]  Since filing
    [X]  For the following quarters:  3rd Quarter 2018 fees continue to accrue.

[  ]  Quarterly disbursement amounts for computation of quarterly fees:
    [  ]  Since filing
    [  ]  For the following  quarters:

[  ]  While Debtor(s)'s Schedule A and/or real property questionnaire(s) list an ownership interest in one or
    more real property/ies and Debtor(s)'s Schedule I and/or real property questionnaire(s) list income from
    real property/ies, to date, neither a motion to use cash collateral nor a stipulation consenting to
    Debtor(s)'s use of cash collateral related to the subject real property/ies has been filed with the Court.

---

[3] Unless Debtor has requested in writing that the United States Trustee waive one or more of the required accounts and the
United States Trustee has granted the request in writing.

| In Re:  **PATRICIA M. NEDRICK-GRAY** | CHAPTER 11 |
|---|---|
| Debtor(s) | CASE NUMBER **2:18-bk-17790 BR** |

4.  [X]  Additional facts in support of the motion include:  Debtor is a repeat filer.  Prior Filings for debtor
Patricia M. Nedrick-Gray include Case Number 2:14-bk-27151 VZ, Chapter 13 case filed on
09/08/2014, dismissed on 01/16/2015; Case Number 2:12-bk-16289 TD, Chapter 7 case filed on
02/22/2012, dismissed on 03/14/2012; Case Number 2:12-bk-10286 BR, Chapter 7 case filed on
01/04/2012, dismissed on 01/31/2012; Case Number 2:98-bk-30468 TD, Chapter 13 case filed on
05/21/1998, discharged on 01/31/2002.

5.  [X]  Attached are true and correct copies of the following documents in support of the above allegations:

    EXHIBIT A:  USBC Docket for Case Number 2:14-bk-27151 VZ
    EXHIBIT B:  USBC Docket for Case Number 2:12-bk-16289 TD
    EXHIBIT C:  USBC Docket for Case Number 2:12-bk-10286 BR
    EXHIBIT D:  USBC Docket for Case Number 2:98-bk-30468 TD

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on
the following date at Los Angeles, California.

Date:  July 25, 2018

Jack Arutyunyan
Bankruptcy Auditor

# EXHIBIT "A"

# EXHIBIT "A"

Repeat-cacb, RepeatPACER, DISMISSED, CLOSED

# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
### Bankruptcy Petition #: 2:14-bk-27151-VZ

|  |  |
|---|---|
| | *Date filed:* 09/08/2014 |
| *Assigned to:* Vincent P. Zurzolo | *Date terminated:* 05/12/2015 |
| Chapter 13 | *Debtor dismissed:* 01/16/2015 |
| Voluntary | *341 meeting:* 10/21/2014 |
| Asset | |

*Debtor disposition:* Dismissed for Other Reason

**Debtor**
**PATRICIA M NEDRICK-GRAY**
1406 South Van Ness Avenue
Los Angeles, CA 90019
LOS ANGELES-CA
SSN / ITIN: xxx-xx-2402
*aka* **Patricia M Nedrick**
*aka* **Patricia Marjorie Nedrick-Gray**

represented by **Ivan M Lopez Ventura**
Ivan M Lopez Ventura
5155 W Rosencrans Ave Ste 224
Hawthorne, CA 90250
714-788-4804
Fax : 949-266-8230
Email: ilecfbknotices@gmail.com

**Trustee**
**Nancy K Curry (TR)**
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
213-689-3014

**U.S. Trustee**
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 09/08/2014 | <u>1</u><br>(15 pgs; 3 docs) | Chapter 13 Voluntary Petition . Fee Amount $310 Filed by PATRICIA M NEDRICK-GRAY Summary of Schedules (Form B6 Pg 1) due 09/22/2014. Schedule A (Form B6A) due 09/22/2014. Schedule B (Form B6B) due 09/22/2014. Schedule C (Form B6C) due 09/22/2014. Schedule D (Form B6D) due 09/22/2014. Schedule E (Form B6E) due 09/22/2014. Schedule F (Form B6F) due 09/22/2014. Schedule G (Form B6G) due |

| | | |
|---|---|---|
| | | H (Form B6H) due 09/22/2014. Schedule I (Form B6I) due 09/22/2014. Schedule J (Form B6J) due 09/22/2014. Declaration Concerning Debtors Schedules (Form B6) due 09/22/2014. Statement of Financial Affairs (Form B7) due 09/22/2014. Statement (Form B22C) Due: 09/22/2014. Chapter 13 Plan (LBR F3015-1) due by 09/22/2014.Statement of Related Cases due 09/22/2014. Notice of Available Chapters (Form B201) due 09/22/2014. Statistical Summary (Form B6 Pg 2) due 09/22/2014. Disclosure of Compensation of Attorney for Debtor (Form B203) due 09/22/2014. Debtor Certification of Employment Income due by 09/22/2014. Verification of Master Mailing List of Creditors (LBR 1007-1(d)- Local Form) due 09/22/2014. Incomplete Filings due by 09/22/2014. (Lopez Ventura, Ivan) (Entered: 09/08/2014) |
| 09/08/2014 | 5 (2 pgs) | Meeting of Creditors with 341(a) meeting to be held on 10/21/2014 at 09:00 AM at RM 1, 915 Wilshire Blvd., 10th Floor, , Los Angeles, CA 90017. Confirmation hearing to be held on 01/12/2015 at 09:00 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. Proof of Claim due by 01/20/2015. (Lopez Ventura, Ivan) (Entered: 09/08/2014) |
| 09/08/2014 | 2 | Statement of Social Security Number(s) (Official Form B21) Filed by Debtor PATRICIA M NEDRICK-GRAY. (Lopez Ventura, Ivan) (Entered: 09/08/2014) |
| 09/08/2014 | 3 (1 pg) | Declaration Re: Electronic Filing *Petition, Lists* Filed by Debtor PATRICIA M NEDRICK-GRAY. (Lopez Ventura, Ivan) (Entered: 09/08/2014) |
| 09/08/2014 | 4 (5 pgs) | Rights and responsibilities agreement between chapter 13 debtors and their attorneys Filed by Debtor PATRICIA M NEDRICK-GRAY. (Lopez Ventura, Ivan) (Entered: 09/08/2014) |
| 09/08/2014 | | Receipt of Voluntary Petition (Chapter 13)(2:14-bk-27151) [misc,volp13] ( 310.00) Filing Fee. Receipt number 37968624. Fee amount 310.00. (re: Doc# 1) (U.S. Treasury) (Entered: 09/08/2014) |
| 09/09/2014 | | |

10

| | | |
|---|---|---|
| | | Notice of Debtor's Prior Filings for debtor PATRICIA M NEDRICK-GRAY Case Number 12-10286, Chapter 7 filed in California Central Bankruptcy on 01/04/2012 , Dismissed for Failure to File Information on 01/31/2012; Case Number 98-30468, Chapter 13 filed in California Central Bankruptcy on 05/21/1998 , Standard Discharge on 01/31/2002; Case Number 12-16289, Chapter 7 filed in California Central Bankruptcy on 02/22/2012 , Dismissed for Failure to File Information on 03/14/2012.(Admin) (Entered: 09/09/2014) |
| 09/10/2014 | 6 (4 pgs) | BNC Certificate of Notice (RE: related document(s) 5 Meeting (AutoAssign Chapter 13)) No. of Notices: 23. Notice Date 09/10/2014. (Admin.) (Entered: 09/10/2014) |
| 09/10/2014 | 7 (2 pgs) | BNC Certificate of Notice (RE: related document(s) 1 Voluntary Petition (Chapter 13) filed by Debtor PATRICIA M NEDRICK-GRAY) No. of Notices: 1. Notice Date 09/10/2014. (Admin.) (Entered: 09/10/2014) |
| 09/10/2014 | 8 (2 pgs) | BNC Certificate of Notice (RE: related document(s) 1 Voluntary Petition (Chapter 13) filed by Debtor PATRICIA M NEDRICK-GRAY) No. of Notices: 1. Notice Date 09/10/2014. (Admin.) (Entered: 09/10/2014) |
| 09/22/2014 | 9 (5 pgs) | Notice of Available Chapters (Notice to Individual Consumer Debtor) (Official Form B201) , Statement of Related Cases (LBR Form 1015-2.1) , Disclosure of Compensation of Attorney for Debtor (Official Form B203) Filed by Debtor PATRICIA M NEDRICK-GRAY (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Lopez Ventura, Ivan) (Entered: 09/22/2014) |
| 09/22/2014 | 10 (5 pgs) | Motion to Extend Deadline to File Schedules or Provide Required Information *with Proof of Service* Filed by Debtor PATRICIA M NEDRICK-GRAY (Lopez Ventura, Ivan) (Entered: 09/22/2014) |
| 09/25/2014 | 11 (2 pgs) | Chapter 13 Trustee's Notice of Requirements *with Proof of Service*. (Curry (TR), Nancy) (Entered: 09/25/2014) |
| 09/26/2014 | | |

| | 12<br>(1 pg) | Order Granting Motion To Extend Deadline to File Schedules or Provide Required Information (BNC-PDF) (Related Doc # 10) Signed on 9/26/2014. (Carranza, Shemainee) (Entered: 09/26/2014) |
|---|---|---|
| 09/28/2014 | 13<br>(2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)12 Order on Motion to Extend Deadline to File Schedules (BNC-PDF)) No. of Notices: 1. Notice Date 09/28/2014. (Admin.) (Entered: 09/28/2014) |
| 09/29/2014 | 14<br>(41 pgs) | Summary of Schedules (Official Form B6 - Pg1) , Schedule A (Official Form B6A) - Real Property , Schedule B (Official Form B6B) - Personal Property , Schedule C (Official Form B6C) - Property Claimed as Exempt , Schedule D (Official Form B6D) - Creditors Holding Secured Claims , Schedule E (Official Form B6E) - Creditors Holding Unsecured Priority Claims , Schedule F (Official Form B6F) - Creditors Holding Unsecured Nonpriority Claims , Schedule G (Official Form B6G) - Executory Contracts and Unexpired Leases , Schedule H (Official Form B6H) - Codebtors , Schedule I (Official Form B6I) - Your Income , Schedule J (Official Form B6J) - Your Expenses , Declaration Concerning Debtor's Schedules (Official Form B6) , Statement of Financial Affairs (Official Form B7) , Disclosure of Compensation of Attorney for Debtor (Official Form B203) , Debtor's Certification of Employment Income , Chapter 13 Statement of Current Monthly and Calculation of Commitment Period and Disposable Income (Official Form 22C) , Verification of Master Mailing List of Creditors - Local Form (LBR 1007-1(d)) Filed by Debtor PATRICIA M NEDRICK-GRAY (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Lopez Ventura, Ivan) (Entered: 09/29/2014) |
| 09/29/2014 | 15<br>(8 pgs) | Chapter 13 Plan (LBR F3015-1) Filed by Debtor PATRICIA M NEDRICK-GRAY (RE: related document(s)1 Chapter 13 Voluntary Petition . Fee Amount $310 Filed by PATRICIA M NEDRICK-GRAY Summary of Schedules (Form B6 Pg 1) due 09/22/2014. Schedule A (Form B6A) due 09/22/2014. Schedule B (Form B6B) due 09/22/2014. Schedule C (Form B6C) due 09/22/2014. Schedule D (Form B6D) due 09/22/2014. Schedule E (Form B6E) due |

| | | 09/22/2014. Schedule F (Form B6F) due 09/22/2014. Schedule G (Form B6G) due 09/22/2014. Schedule H (Form B6H) due 09/22/2014. Schedule I (Form B6I) due 09/22/2014. Schedule J (Form B6J) due 09/22/2014. Declaration Concerning Debtors Schedules (Form B6) due 09/22/2014. Statement of Financial Affairs (Form B7) due 09/22/2014. Statement (Form B22C) Due: 09/22/2014. Chapter 13 Plan (LBR F3015-1) due by 09/22/2014.Statement of Related Cases due 09/22/2014. Notice of Available Chapters (Form B201) due 09/22/2014. Statistical Summary (Form B6 Pg 2) due 09/22/2014. Disclosure of Compensation of Attorney for Debtor (Form B203) due 09/22/2014. Debtor Certification of Employment Income due by 09/22/2014. Verification of Master Mailing List of Creditors (LBR 1007-1(d)- Local Form) due 09/22/2014. Incomplete Filings due by 09/22/2014. (Lopez Ventura, Ivan)). (Lopez Ventura, Ivan) (Entered: 09/29/2014) |
|---|---|---|
| 09/29/2014 | <u>16</u><br>(1 pg) | Declaration Re: Electronic Filing *Schedules Completion; A-J; Summary of Schedules; Chapter 13 Plan; 22C; Verification* Filed by Debtor PATRICIA M NEDRICK-GRAY. (Lopez Ventura, Ivan) (Entered: 09/29/2014) |
| 09/29/2014 | <u>17</u><br>(2 pgs) | Declaration RE Filing of Tax Returns and Payment of Domestic Support Obligations (Preconfirmation) Filed by Debtor PATRICIA M NEDRICK-GRAY. (Lopez Ventura, Ivan) (Entered: 09/29/2014) |
| 10/02/2014 | <u>18</u><br>(14 pgs) | Debtor's notice of section 341(a) meeting and hearing on confirmation of chapter 13 plan with copy of chapter 13 plan *with Proof of Service* Filed by Debtor PATRICIA M NEDRICK-GRAY. (Lopez Ventura, Ivan) (Entered: 10/02/2014) |
| 10/08/2014 | <u>19</u><br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Richey, Cassandra. (Richey, Cassandra) (Entered: 10/08/2014) |
| 10/10/2014 | <u>20</u><br>(5 pgs) | Notice of Hearing *continued meeting of Creditors* Filed by Trustee Nancy K Curry (TR). (Curry (TR), Nancy) (Entered: 10/10/2014) |
| 10/23/2014 | <u>21</u><br>(9 pgs) | Motion RE: Objection to Claim Number 5 by Claimant Financial Credit Network. *: Chapter 13* |

13

| | | |
|---|---|---|
| | | *Trustee's Notice of Objection and Objection to Proof of Claim No. 5* Filed by Financial Credit Network; *Declaration of Erika Green in Support Thereof with Proof of Service* Filed by Trustee Nancy K Curry (TR) (Curry (TR), Nancy) (Entered: 10/23/2014) |
| 10/24/2014 | 22 | Hearing Set (RE: related document(s)21 Motion RE: Objection to Claim filed by Trustee Nancy K Curry (TR)) The Hearing date is set for 1/12/2015 at 11:00 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. The case judge is Vincent P. Zurzolo (Johnson, Tina R.) (Entered: 10/24/2014) |
| 10/31/2014 | 23 (4 pgs) | Objection to Confirmation of Chapter 13 Plan *with Proof of Service*. (Curry (TR), Nancy) (Entered: 10/31/2014) |
| 11/06/2014 | 24 (5 pgs) | Rights and responsibilities agreement between chapter 13 debtors and their attorneys *First Amended* Filed by Debtor PATRICIA M NEDRICK-GRAY. (Lopez Ventura, Ivan) (Entered: 11/06/2014) |
| 12/08/2014 | 25 (3 pgs) | Notice of Requirement to Complete Course in Financial Management (Auto VAN-105) (BNC). (AutoDocket, User) (Entered: 12/08/2014) |
| 12/11/2014 | 26 (4 pgs) | BNC Certificate of Notice (RE: related document(s) 25 Notice of Requirement to Complete Course in Financial Management (Auto VAN-105) (BNC)) No. of Notices: 1. Notice Date 12/11/2014. (Admin.) (Entered: 12/11/2014) |
| 01/09/2015 | 27 (3 pgs) | Debtor's Request for Voluntary Dismissal of Ch 13 Case *with Proof of Service* Filed by Debtor PATRICIA M NEDRICK-GRAY. (Lopez Ventura, Ivan) (Entered: 01/09/2015) |
| 01/15/2015 | 28 (1 pg) | ORDER and Notice of dismissal arising from debtor's request for voluntary dismissal of chapter 13 (11 U.S.C. Section 1307(b)) - **Debtor** Dismissed. (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor PATRICIA M NEDRICK-GRAY, 5 Meeting (AutoAssign Chapter 13)) (Carranza, Shemainee) (Entered: 01/15/2015) |
| 01/16/2015 | 29 (1 pg) | ORDER and Notice of dismissal arising from chapter 13 confirmation hearing - **Debtor** Dismissed. (BNC) (Walter, Earnestine) (ENTERED DUE TO |

| | | |
|---|---|---|
| | | CLERICAL ERROR; SEE ENTRY #28); Modified on 1/28/2015 (Walter, Earnestine). (Entered: 01/16/2015) |
| 01/17/2015 | <u>30</u><br>(3 pgs) | BNC Certificate of Notice (RE: related document(s) <u>28</u> ORDER and Notice of arising from Ch 13 db'd req. for vol. dism. (11 U.S.C. Sec. 1307(b)) (BNC)) No. of Notices: 25. Notice Date 01/17/2015. (Admin.) (Entered: 01/17/2015) |
| 01/18/2015 | <u>31</u><br>(3 pgs) | BNC Certificate of Notice (RE: related document(s) <u>29</u> ORDER and Notice of Dismissal arising from Ch 13 Conf. Hrg. (BNC)) No. of Notices: 26. Notice Date 01/18/2015. (Admin.) (Entered: 01/18/2015) |
| 01/22/2015 | <u>32</u><br>(2 pgs) | Order Denying Chapter 13 Trustee's Objection to Claim Number 5 Filed by Financial Credit Network (BNC-PDF) (Related Doc # <u>21</u> ) Signed on 1/22/2015 (Carranza, Shemainee) (Entered: 01/22/2015) |
| 01/24/2015 | <u>33</u><br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>32</u> Order on Motion RE: Objection to Claim (BNC-PDF)) No. of Notices: 1. Notice Date 01/24/2015. (Admin.) (Entered: 01/24/2015) |
| 02/10/2015 | <u>34</u><br>(1 pg) | Disclosure of Compensation of Attorney for Debtor (Official Form B203) Filed by Debtor PATRICIA M NEDRICK-GRAY. (Lopez Ventura, Ivan) (Entered: 02/10/2015) |
| 03/24/2015 | <u>35</u><br>(6 pgs) | Notice of Intent to File Trustees Final Report and Account - Chapter 13 Dismissed/Converted *with proof of service* Filed by Trustee Nancy K Curry (TR). (Curry (TR), Nancy) (Entered: 03/24/2015) |
| 04/29/2015 | <u>36</u><br>(2 pgs) | Declaration re: non-receipt of obj to trustee's final report (Dismissed/Converted Chapter 13 Cases) *with proof of service* Filed by Trustee Nancy K Curry (TR). (Curry (TR), Nancy) (Entered: 04/29/2015) |
| 04/29/2015 | <u>37</u><br>(4 pgs) | Chapter 13 Trustee's Final Report and Account . (Curry (TR), Nancy) (Entered: 04/29/2015) |
| 05/12/2015 | <u>38</u><br>(1 pg) | ORDER discharging chapter 13 panel trustee and exonerate bond liability Signed on 5/12/2015. (Carranza, Shemainee) (Entered: 05/12/2015) |

| | 39 | Bankruptcy Case Closed - DISMISSED. An Order dismissing this case was entered and notice was provided to parties in interest. Since it appears that no further matters are required and that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (RE: related document(s)21 Motion RE: Objection to Claim filed by Trustee Nancy K Curry (TR)) (Carranza, Shemainee) (Entered: 05/12/2015) |
|---|---|---|
| 05/12/2015 | | |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/24/2018 14:54:45 | | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:14-bk-27151-VZ Fil or Ent: filed From: 4/25/2013 To: 7/24/2018 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

# EXHIBIT "B"

# EXHIBIT "B"

Incomplete, PRVDISM, DISMISSED, REOPENED, CLOSED

# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
### Bankruptcy Petition #: 2:12-bk-16289-TD

| | |
|---|---|
| | Date filed: 02/22/2012 |
| *Assigned to:* Thomas B. Donovan | Date reopened: 05/17/2012 |
| Chapter 7 | Date terminated: 05/21/2014 |
| Voluntary | Debtor dismissed: 03/14/2012 |
| No asset | 341 meeting: 03/28/2012 |
| | Deadline for objecting to discharge: 05/29/2012 |
| | Deadline for financial mgmt. course: 05/29/2012 |

*Debtor disposition:* Dismissed for Failure to File
Information

**Debtor**
**Patricia Marjorie Nedrick-Gray**
12102 Cedar Ave
Hawthorne, CA 90250
LOS ANGELES-CA
323-893-0186
SSN / ITIN: xxx-xx-2402

represented by **Lorraine Dickson -
DISBARRED -**
9190 W Olympic Blvd #257
Beverly Hills, CA 90212
310-903-6554
Fax : 323-418-1222

**Ivan M Lopez Ventura**
Ivan M Lopez Ventura
5155 W Rosencrans Ave Ste 224
Hawthorne, CA 90250
714-788-4804
Fax : 949-266-8230
Email: ilecfbknotices@gmail.com

**Trustee**
**Alfred H Siegel (TR)**
A. Siegel & Associates
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
(818) 827-9204

**U.S. Trustee**
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 02/22/2012 | | |

17

|  | 1<br>(16 pgs; 5 docs) | Chapter 7 Voluntary Petition . Fee Amount $306 Filed by Patricia Marjorie Nedrick-Gray Statement of Intent due 3/23/2012. Schedule A due 3/7/2012. Schedule B due 3/7/2012. Schedule C due 3/7/2012. Schedule D due 3/7/2012. Schedule E due 3/7/2012. Schedule F due 3/7/2012. Schedule G due 3/7/2012. Schedule H due 3/7/2012. Schedule I due 3/7/2012. Schedule J due 3/7/2012. Statement of Financial Affairs due 3/7/2012. Statement - Form 22A Due: 3/7/2012. Verification of creditor matrix due 3/7/2012. Summary of schedules due 3/7/2012. Declaration concerning debtors schedules due 3/7/2012. Disclosure of Compensation of Attorney for Debtor due 3/7/2012. Declaration of attorney limited scope of appearance due 3/7/2012. Cert. of Credit Counseling due by 3/7/2012. Statistical Summary due 3/7/2012. Debtor Certification of Employment Income due by 3/7/2012. Incomplete Filings due by 3/7/2012. (Marshall, Kacye) CORRECTION: Debtor attorney included to reflect petition. Modified on 2/27/2012 (Quan, Linda). (Entered: 02/22/2012) |
| 02/22/2012 | 2<br>(4 pgs; 2 docs) | Meeting of Creditors with 341(a) meeting to be held on 03/28/2012 at 11:00 AM at RM 101, 725 S Figueroa St., Los Angeles, CA 90017. Objections for Discharge due by 05/29/2012. Cert. of Financial Management due by 05/29/2012 for Debtor and Joint Debtor (if joint case) (Marshall, Kacye) (Entered: 02/22/2012) |
| 02/22/2012 | 3 | Statement of Social Security Number(s) Form B21 Filed by Debtor Patricia Marjorie Nedrick-Gray . (Marshall, Kacye) (Entered: 02/22/2012) |
| 02/22/2012 | 4<br>(6 pgs; 2 docs) | Notice of Requirement to Complete Course in Financial Management (BNC) . (Marshall, Kacye) (Entered: 02/22/2012) |
| 02/22/2012 |  | Receipt of Chapter 7 Filing Fee - $306.00 by 18. Receipt Number 20137163. (admin) (Entered: 02/23/2012) |
| 02/24/2012 | 5<br>(4 pgs) | BNC Certificate of Notice (RE: related document(s) 2 Meeting (AutoAssign Chapter 7)) No. of Notices: 5. Notice Date 02/24/2012. (Admin.) (Entered: 02/24/2012) |

| 02/24/2012 | <u>6</u><br>(3 pgs) | BNC Certificate of Notice (RE: related document(s) <u>1</u> Voluntary Petition (Chapter 7) filed by Debtor Patricia Marjorie Nedrick-Gray) No. of Notices: 1. Notice Date 02/24/2012. (Admin.) (Entered: 02/24/2012) |
| --- | --- | --- |
| 02/24/2012 | <u>7</u><br>(3 pgs) | BNC Certificate of Notice (RE: related document(s) <u>1</u> Voluntary Petition (Chapter 7) filed by Debtor Patricia Marjorie Nedrick-Gray) No. of Notices: 1. Notice Date 02/24/2012. (Admin.) (Entered: 02/24/2012) |
| 02/24/2012 | <u>8</u><br>(5 pgs) | BNC Certificate of Notice (RE: related document(s) <u>4</u> Notice of Requirement to Complete Course in Financial Management (BNC)) No. of Notices: 1. Notice Date 02/24/2012. (Admin.) (Entered: 02/24/2012) |
| 02/27/2012 | <u>9</u><br>(1 pg) | Notice to amend or correct attorney's name and address (BNC) (Quan, Linda) (Entered: 02/27/2012) |
| 02/29/2012 | <u>10</u><br>(4 pgs) | BNC Certificate of Notice (RE: related document(s) <u>2</u> Meeting (AutoAssign Chapter 7)) No. of Notices: 6. Notice Date 02/29/2012. (Admin.) (Entered: 02/29/2012) |
| 02/29/2012 | <u>11</u><br>(3 pgs) | BNC Certificate of Notice (RE: related document(s) <u>1</u> Voluntary Petition (Chapter 7) filed by Debtor Patricia Marjorie Nedrick-Gray) No. of Notices: 2. Notice Date 02/29/2012. (Admin.) (Entered: 02/29/2012) |
| 02/29/2012 | <u>12</u><br>(3 pgs) | BNC Certificate of Notice (RE: related document(s) <u>1</u> Voluntary Petition (Chapter 7) filed by Debtor Patricia Marjorie Nedrick-Gray) No. of Notices: 2. Notice Date 02/29/2012. (Admin.) (Entered: 02/29/2012) |
| 02/29/2012 | <u>13</u><br>(3 pgs) | BNC Certificate of Notice (RE: related document(s) <u>9</u> Notice to amend or correct attorney's name and address (BNC)) No. of Notices: 7. Notice Date 02/29/2012. (Admin.) (Entered: 02/29/2012) |
| 02/29/2012 | <u>14</u><br>(5 pgs) | BNC Certificate of Notice (RE: related document(s) <u>4</u> Notice of Requirement to Complete Course in Financial Management (BNC)) No. of Notices: 2. Notice Date 02/29/2012. (Admin.) (Entered: 02/29/2012) |

| | | |
|---|---|---|
| 03/09/2012 | 15<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Jaquez, Lemuel. (Jaquez, Lemuel) (Entered: 03/09/2012) |
| 03/14/2012 | 16<br>(1 pg) | ORDER and notice of dismissal for failure to file schedules, statements, and/or plan - **Debtor** Dismissed. All pending motions and adversary proceedings are moot and dismissed. Debtor Dismissed with a 180-Day Bar. (BNC) Signed on 3/14/2012. (Tom, Bock) (Entered: 03/14/2012) |
| 03/16/2012 | 18<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s) 16 ORDER and notice of dismissal for failure to file schedules, statements, and/or plan (Option A or Option B) (BNC)) No. of Notices: 6. Notice Date 03/16/2012. (Admin.) (Entered: 03/16/2012) |
| 03/29/2012 | | Chapter 7 Trustee's Report of No Distribution: I, Alfred H Siegel (TR), having been appointed trustee of the estate of the above-named debtor(s), report that this case was dismissed or converted. I have neither received any property nor paid any monies on account of this estate. I hereby certify that the chapter 7 estate of the above-named debtor(s) has been fully administered through the date of conversion or dismissal. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): Not Applicable, Assets Exempt: Not Applicable, Claims Scheduled: Not Applicable, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): Not Applicable. Filed by Trustee Alfred H Siegel (TR). (Siegel (TR), Alfred) (Entered: 03/29/2012) |
| 04/24/2012 | 19<br>(1 pg) | Bankruptcy Case Closed - DISMISSED (Mendoza, Maria Patricia) (Entered: 04/24/2012) |
| 05/03/2012 | 20<br>(30 pgs) | Motion to Reopen Chapter 7 Case *with Proof of Service*. Fee Amount $260 Filed by Debtor Patricia Marjorie Nedrick-Gray (Lopez Ventura, Ivan) (Entered: 05/03/2012) |
| 05/03/2012 | | |

20

| | | |
|---|---|---|
| | | Receipt of Motion to Reopen Case(2:12-bk-16289-TD) [motion,mreop] ( 260.00) Filing Fee. Receipt number 26936118. Fee amount 260.00. (U.S. Treasury) (Entered: 05/03/2012) |
| 05/15/2012 | 21 (2 pgs) | ORDER Vacating 180-day bar against refiling Signed on 5/15/2012. (Pennington-Jones, Patricia) (Entered: 05/15/2012) |
| 05/15/2012 | 22 (2 pgs) | Notice to creditors (BNC-PDF) re order vacating the 180-day bar against refiling (Pennington-Jones, Patricia) (Entered: 05/15/2012) |
| 05/17/2012 | 23 (2 pgs) | Order Reopening Bankruptcy Case. This case is to be reclosed within 60 days unless Debtor, within that time, files a motion to disgorge fees against Debtor's prior attorney Lorraine Dickson (I, Deputy clerk who is making this entry certify that service under Sect II was completed on all intertested parties) Signed on 5/17/2012. (Toliver, Wanda) Modified on 5/25/2012 INCORRECT PDF ATTACHED, see entry no. 25 for correction. (Pennington-Jones, Patricia). (Entered: 05/17/2012) |
| 05/17/2012 | 24 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)22 Notice to creditors (BNC-PDF)) No. of Notices: 7. Notice Date 05/17/2012. (Admin.) (Entered: 05/17/2012) |
| 05/25/2012 | 25 (2 pgs) | Order granting motion to reopen Signed on 5/25/2012. (order originally entered on 5/17/2012, see docket entry no. 23. (RE: related document(s)20 Motion to Reopen Case filed by Debtor Patricia Marjorie Nedrick-Gray). (Pennington-Jones, Patricia) (Entered: 05/25/2012) |
| 05/29/2012 | 26 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Jaquez, Lemuel. (Jaquez, Lemuel) (Entered: 05/29/2012) |
| 06/08/2012 | 27 (23 pgs; 2 docs) | Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 12102 CEDAR AVENUE, HAWTHORNE, CA 90250 . Fee Amount $176, Filed by Creditor The Bank of New York Mellon, as Trustee... (Attachments: # 1 Exhibit) (Jaquez, Lemuel) (Entered: 06/08/2012) |
| | | |

| 06/08/2012 | | Receipt of Motion for Relief from Stay - Unlawful Detainer(2:12-bk-16289-TD) [motion,nmud] ( 176.00) Filing Fee. Receipt number 27569963. Fee amount 176.00. (U.S. Treasury) (Entered: 06/08/2012) |
| --- | --- | --- |
| 06/13/2012 | 28 | Hearing Set (RE: related document(s)27 Motion for Relief from Stay - Unlawful Detainer filed by Creditor The Bank of New York Mellon, as Trustee...) The Hearing date is set for 7/12/2012 at 10:00 AM at Crtrm 1345, 255 E Temple St., Los Angeles, CA 90012. The case judge is Thomas B. Donovan (Vandensteen, Nancy) (Entered: 06/13/2012) |
| 06/27/2012 | 29 (6 pgs) | Response to motion for order to terminate, annul, modify or condition the automatic stay and declaration(s) in support (related document(s): 27 Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 12102 CEDAR AVENUE, HAWTHORNE, CA 90250 . Fee Amount $176, filed by Creditor The Bank of New York Mellon, as Trustee...) *with Proof of Service* Filed by Debtor Patricia Marjorie Nedrick-Gray (Lopez Ventura, Ivan) (Entered: 06/27/2012) |
| 07/22/2012 | 30 (27 pgs) | Motion For Sanctions/Disgorgement *with Proof of Service* Filed by Debtor Patricia Marjorie Nedrick-Gray (Lopez Ventura, Ivan) (Entered: 07/22/2012) |
| 07/26/2012 | 31 | Hearing Set (RE: related document(s)30 Motion for Sanctions/Disgorgement filed by Debtor Patricia Marjorie Nedrick-Gray) The Hearing date is set for 8/23/2012 at 10:00 AM at Crtrm 1345, 255 E Temple St., Los Angeles, CA 90012. The case judge is Thomas B. Donovan (Pennington-Jones, Patricia) (Entered: 07/26/2012) |
| 07/27/2012 | 32 (5 pgs) | Order Granting Motion for relief from stay UNLAWFUL DETAINER (BNC-PDF) (Related Doc # 27 ) Signed on 7/27/2012 (Vandensteen, Nancy) (Entered: 07/27/2012) |
| 07/29/2012 | 33 (7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)32 Motion for relief from stay UNLAWFUL DETAINER (BNC-PDF)) No. of |

22

| | | Notices: 3. Notice Date 07/29/2012. (Admin.) (Entered: 07/29/2012) |
|---|---|---|
| 08/09/2012 | | Receipt of Certification Fee - $11.00 by 13. Receipt Number 20149467. (admin) (Entered: 08/10/2012) |
| 08/09/2012 | 34 (11 pgs) | Opposition to (related document(s): 30 Motion For Sanctions/Disgorgement *with Proof of Service* filed by Debtor Patricia Marjorie Nedrick-Gray) Filed by Debtor Patricia Marjorie Nedrick-Gray (Elzy, Cassie) (Entered: 08/13/2012) |
| 08/24/2012 | | Hearing (Bk Motion) Continued (RE: related document(s) 30 MOTION FOR SANCTIONS/DISGORGEMENT filed by Patricia Marjorie Nedrick-Gray) Hearing to be held on 09/27/2012 at 10:00 AM 255 E. Temple St. Courtroom 1345 Los Angeles, CA 90012 for 30 , (Pennington-Jones, Patricia) (Entered: 08/24/2012) |
| 09/06/2012 | 35 (12 pgs) | Motion *Debtor's Motion for an Order Ordering the Return of Debtor's File and Papers to Debtor's Counsel Ivan M. Lopez Ventura, Esq.; Declarations in Support Thereof; with Proof of Service* Filed by Debtor Patricia Marjorie Nedrick-Gray (Lopez Ventura, Ivan) (Entered: 09/06/2012) |
| 09/10/2012 | 36 | Hearing Set (RE: related document(s)35 Motion filed by Debtor Patricia Marjorie Nedrick-Gray) The Hearing date is set for 9/27/2012 at 10:00 AM at Crtrm 1345, 255 E Temple St., Los Angeles, CA 90012. The case judge is Thomas B. Donovan (Pennington-Jones, Patricia) (Entered: 09/10/2012) |
| 09/13/2012 | 37 (5 pgs) | Opposition to (related document(s): 35 Motion *Debtor's Motion for an Order Ordering the Return of Debtor's File and Papers to Debtor's Counsel Ivan M. Lopez Ventura, Esq.; Declarations in Support Thereof; with Proof of Service* filed by Debtor Patricia Marjorie Nedrick-Gray) Filed by (Pennington-Jones, Patricia) (Entered: 09/14/2012) |
| 09/13/2012 | 38 (44 pgs) | Supplemental declaration of Lorraine Dickson in support of the opposition to motion for an order disgorging Lorraine Dickson, Esq. attorney fees 30 Filed by Lorraine Dickson. (Pennington-Jones, Patricia) (Entered: 09/14/2012) |
| | | |

23

CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)    Case 2:18-bk-17790-BR    Doc 57-1    Filed 07/25/18    Entered 07/25/18 10:55:58    Desc

Main Document    Page 27 of 45

| 09/19/2012 | 39 (19 pgs) | Reply to (related document(s): 38 Supplemental) *Debtor's Reply to Attorney Lorraine Dickson's Supplemental Declaration in Opposition to Debtor's Motion for an Order Disgorging Lorraine Dickson, Esq.'s Attorney Fees Under 11 U.S.C. Section 329 and FRBP 2017; Declaration of Patricia Nedrick-Gray In Support Thereof with Proof of Service* Filed by Debtor Patricia Marjorie Nedrick-Gray (Lopez Ventura, Ivan) (Entered: 09/19/2012) |
|---|---|---|
| 09/19/2012 | 40 (17 pgs) | Reply to (related document(s): 37 Opposition) *Debtor's Reply to Attorney Lorraine Dickson's Opposition to to Debtor's Motion for an Ordering the Return of Debtor's File and Papers to Debtor's Attorney Ivan M. Lopez Ventura, Esq.; Declaration of Patricia Nedrick-Gray In Support Thereof with Proof of Service* Filed by Debtor Patricia Marjorie Nedrick-Gray (Lopez Ventura, Ivan) (Entered: 09/19/2012) |
| 09/27/2012 | 41 (6 pgs) | Supplemental (second) declaration of Lorraine Dickson in support of the Opposition to Motion for an Order Disgorging Lorraine Dickson, Esq., attorney fees and; For an Order (2) Awarding sanctions and ; For an order (3) Ordering the return of debtor's file and papers to debtor's attorney Ivan M. Lopez Ventura; Hrg. 9/27/2012 at 10:00 a.m. Filed by Debtor Patricia Marjorie Nedrick-Gray . (Mendoza, Maria Patricia) (Entered: 09/28/2012) |
| 10/04/2012 | 42 (6 pgs) | Order Granting Debtor's Motion Ordering the return of Debtor's file and papers to Debtor's counsel Ivan M Lopez Ventura (Please refer to order for details) (Related Doc # 35 ) Signed on 10/4/2012 (Toliver, Wanda) (Entered: 10/04/2012) |
| 10/04/2012 | 43 (6 pgs) | Order Granting Motion For Sanctions/Disgorgement of fees against atty Lorraine Dickson in the amount of $6,694.00 (Please refer to order for details) (I, deputy clerk who is making this entry certify that service under Sect II was completed on all interested parties) (Related Doc # 30 ) Signed on 10/4/2012. (Toliver, Wanda) (Entered: 10/04/2012) |
| 10/07/2012 | 44 (8 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)42 Order on Generic Motion) No. of Notices: 3. Notice Date 10/07/2012. (Admin.) (Entered: 10/07/2012) |

| 10/19/2012 | | Receipt of Appeal Noticing Fee - $5.00 by 07. Receipt Number 20154338. (admin) (Entered: 10/22/2012) |
|---|---|---|
| 10/19/2012 | | Receipt of Appeal Filing Fee - $293.00 by 07. Receipt Number 20154338. (admin) (Entered: 10/22/2012) |
| 10/19/2012 | 45 (11 pgs) | Notice of Appeal USDC Court, and Statement of Election to have appeal heard at District Court . Fee Amount $298 Filed by (RE: related document(s)43 ). Appellant Designation due by 11/2/2012. (Toliver, Wanda) 12 CV-9189 GW Modified on 11/29/2012 (Toliver, Wanda). (Entered: 10/22/2012) |
| 10/22/2012 | 46 (2 pgs) | Notice of referral of appeal to U. S. District Court with certificate of mailing (RE: related document(s) 45 Notice of Appeal) (Toliver, Wanda) (Entered: 10/22/2012) |
| 11/05/2012 | 47 (7 pgs) | Statement of Issues on Appeal , Appellant Designation of Contents For Inclusion in Record On Appeal Filed by (RE: related document(s)45 ). Appellee designation due by 11/19/2012. Transmission of Designation Due by 12/5/2012. (Toliver, Wanda) (Entered: 11/07/2012) |
| 11/28/2012 | 48 (2 pgs) | Notice re appeal from bankr. court Filed by USDC 12-CV- 9189 GW (RE: related document(s)45 ). (Toliver, Wanda) (Entered: 11/29/2012) |
| 10/23/2013 | 49 (1 pg) | Appeal deficiency letter to USDC re Notice of Transcript; Transcript (RE: related document(s)45 ) (Toliver, Wanda) (Entered: 10/24/2013) |
| 03/25/2014 | 50 (1 pg) | Notice of order Granting Appellee's Motion for Order to show cause or dismiss the Bankr. Appeal Filed by (RE: related document(s)45 (RE: related document(s)43 ). (12 CV-9189 JGB). (Toliver, Wanda) (Entered: 03/25/2014) |
| 03/25/2014 | 51 (1 pg) | BAP/USDC dismissal of appeal Re: Appeal BAP/USDC Number: 12 CV 09189 JGB, Signed on 3/25/2014 (RE: related document(s)45 ). (Toliver, Wanda) (Entered: 03/25/2014) |
| 05/21/2014 | 52 | Bankruptcy Case Closed - DISMISSED. An Order dismissing this case was entered and notice was |

|  |  | provided to parties in interest. Since it appears that no further matters are required and that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (RE: related document(s)27 Motion for Relief from Stay - Unlawful Detainer filed by Creditor The Bank of New York Mellon, as Trustee..., 35 Generic Motion filed by Debtor Patricia Marjorie Nedrick-Gray) (Smith, Cynthia Joyce) (Entered: 05/21/2014) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/24/2018 14:55:29 | | |
| PACER Login: |  | Client Code: |  |
| Description: | Docket Report | Search Criteria: | 2:12-bk-16289-TD Fil or Ent: filed From: 4/25/2011 To: 7/24/2018 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| Billable Pages: | 6 | Cost: | 0.60 |

26

# EXHIBIT "C"

# EXHIBIT "C"

Incomplete, DISMISSED, CLOSED

# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
### Bankruptcy Petition #: 2:12-bk-10286-BR

|  |  |
|---|---|
| | *Date filed:* 01/04/2012 |
| *Assigned to:* Barry Russell | *Date terminated:* 03/26/2012 |
| Chapter 7 | *Debtor dismissed:* 01/31/2012 |
| Voluntary | *341 meeting:* 02/10/2012 |
| No asset | *Deadline for objecting to discharge:* 04/10/2012 |
| | *Deadline for financial mgmt. course:* 04/10/2012 |

*Debtor disposition:* Dismissed for Failure to File
Information

**Debtor**
**Patricia Marjorie Nedrick-Gray**
12102 Cedar Ave
Hawthorne, CA 90250
LOS ANGELES-CA
323-893-0186
SSN / ITIN: xxx-xx-2402
*aka* **Patricia Marjorie Nedrick**
*aka* **Patricia M Nedrick**
*aka* **Patrcicia M Ne**

represented by **Patricia Marjorie Nedrick-Gray**
PRO SE

**Trustee**
**Kathy A Dockery (TR)**
801 Figueroa Street, Suite 1850
Los Angeles, CA 90017
(213) 996-4400
*TERMINATED: 01/04/2012*

**Trustee**
**Richard K Diamond (TR)**
Danning, Gill, Diamond & Kollitz
1900 Avenue of Stars, 11th Floor
Los Angeles, CA 90067-4402
(310) 201-2482

**U.S. Trustee**
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 01/04/2012 | <u>1</u><br>(14 pgs; 3 docs) | Chapter 7Voluntary Petition . Fee Amount $281 Filed by Patricia Marjorie Nedrick-Gray Schedule A due 1/18/2012. Schedule B due 1/18/2012. Schedule C due 1/18/2012. Schedule D due 1/18/2012. Schedule E due 1/18/2012. Schedule F due 1/18/2012. Schedule G due 1/18/2012. Schedule H due 1/18/2012. Schedule I due 1/18/2012. Schedule J due 1/18/2012. Statement of Financial Affairs due 1/18/2012. Chapter 13 Plan due by 1/18/2012. Statement - Form 22C Due: 1/18/2012. Statement of assistance of non-attorney due 1/18/2012. Verification of creditor matrix due 1/18/2012. Summary of schedules due 1/18/2012. Declaration concerning debtors schedules due 1/18/2012. Cert. of Credit Counseling due by 1/18/2012. Statistical Summary due 1/18/2012. Debtor Certification of Employment Income due by 1/18/2012. Incomplete Filings due by 1/18/2012. (Kim, Ji Yun) CORRECTION: Incorrect case chapter selected at the time of filing. Case chapter has been changed from Chapter 13 to Chapter 7 to reflect the PDF. Case deficient for: Statement of Intent due 02/03/2012. Statement - Form 22A due: 1/18/2012. Deadlines terminated re: Chapter 13 Plan and Statement Form 22C. Modified on 1/4/2012 (Ventura, Olivia). Modified on 2/27/2012 (Fortier, Stacey). (Entered: 01/04/2012) |
| 01/04/2012 | <u>2</u> | Meeting of Creditors with 341(a) meeting to be held on 02/10/2012 at 01:00 PM at RM 103, 725 S Figueroa St, Los Angeles, CA 90017. Confirmation hearing to be held on 03/08/2012 at 10:00 AM at Crtrm 1545, 255 E Temple St., Los Angeles, CA 90012. Proof of Claim due by 05/10/2012. (Kim, Ji Yun) CORRECTION: This notice was re-generated to include the correct case chapter. See docket entry #<u>4</u>. Modified on 1/4/2012 (Ventura, Olivia). (Entered: 01/04/2012) |
| 01/04/2012 | <u>3</u> | Statement of Social Security Number(s) Form B21 Filed by Debtor Patricia Marjorie Nedrick-Gray . (Kim, Ji Yun) (Entered: 01/04/2012) |
| 01/04/2012 | | Judge Barry Russell added to case (Ventura, Olivia) (Entered: 01/04/2012) |

| 01/04/2012 | 4 (2 pgs) | Meeting of Creditors 341(a) meeting to be held on 2/10/2012 at 10:00 AM at RM 101, 725 S Figueroa St., Los Angeles, CA 90017. Cert. of Financial Management due by 4/10/2012. Last day to oppose discharge or dischargeability is 4/10/2012. 2 (Ventura, Olivia) (Entered: 01/04/2012) |
| 01/04/2012 | 5 (3 pgs) | Notice of Requirement to Complete Course in Financial Management (BNC) . (Kim, Ji Yun) (Entered: 01/04/2012) |
| 01/04/2012 | | Receipt of Chapter 7 Filing Fee - $306.00 by 19. Receipt Number 20133441. (admin) (Entered: 01/05/2012) |
| 01/06/2012 | 6 (4 pgs) | BNC Certificate of Notice (RE: related document(s) 4 Meeting of Creditors Chapter 7 No Asset) No. of Notices: 6. Notice Date 01/06/2012. (Admin.) (Entered: 01/06/2012) |
| 01/06/2012 | 7 (3 pgs) | BNC Certificate of Notice (RE: related document(s) 1 Voluntary Petition (Chapter 13) filed by Debtor Patricia Marjorie Nedrick-Gray) No. of Notices: 1. Notice Date 01/06/2012. (Admin.) (Entered: 01/06/2012) |
| 01/06/2012 | 8 (3 pgs) | BNC Certificate of Notice (RE: related document(s) 1 Voluntary Petition (Chapter 13) filed by Debtor Patricia Marjorie Nedrick-Gray) No. of Notices: 1. Notice Date 01/06/2012. (Admin.) (Entered: 01/06/2012) |
| 01/06/2012 | 9 (5 pgs) | BNC Certificate of Notice (RE: related document(s) 5 Notice of Requirement to Complete Course in Financial Management (BNC)) No. of Notices: 1. Notice Date 01/06/2012. (Admin.) (Entered: 01/06/2012) |
| 01/12/2012 | 10 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Lemuel B Jaquez on behalf of Courtesy NEF. (Jaquez, Lemuel) (Entered: 01/12/2012) |
| 01/24/2012 | 11 (3 pgs) | Application for extension of time to file schedules and/or plan Filed by Debtor Patricia Marjorie Nedrick-Gray (Fortier, Stacey) (Entered: 01/26/2012) |

29

| 01/27/2012 | 12<br>(3 pgs) | Order DENYIING Motion for Extension of Time to File Schedules, Statements, Amended Creditors List , Credit Counseling Signed on 1/27/2012 with notice of entry (RE: related document(s)11 Application for extension of time to file schedules and/or plan filed by Debtor Patricia Marjorie Nedrick-Gray). (Mendoza, Maria Patricia) (Entered: 01/30/2012) |
|---|---|---|
| 01/31/2012 | 13<br>(1 pg) | ORDER and notice of dismissal for failure to file schedules, statements, and/or plan - **Debtor** Dismissed. (BNC) Signed on 1/31/2012. (Festejo, Henjie) (Entered: 01/31/2012) |
| 02/02/2012 | 14<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s) 13 ORDER and notice of dismissal for failure to file schedules, statements, and/or plan (Option A or Option B) (BNC)) No. of Notices: 5. Notice Date 02/02/2012. (Admin.) (Entered: 02/02/2012) |
| 03/09/2012 | | Chapter 7 Trustee's Report of No Distribution: I, Richard K Diamond (TR), having been appointed trustee of the estate of the above-named debtor(s), report that this case was dismissed or converted. I have neither received any property nor paid any monies on account of this estate. I hereby certify that the chapter 7 estate of the above-named debtor(s) has been fully administered through the date of conversion or dismissal. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): Not Applicable, Assets Exempt: Not Applicable, Claims Scheduled: Not Applicable, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): Not Applicable. Filed by Trustee Richard K Diamond (TR). (Diamond (TR), Richard) (Entered: 03/09/2012) |
| 03/26/2012 | 15<br>(1 pg) | Bankruptcy Case Closed - DISMISSED (Flores, Oscar) (Entered: 03/26/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/24/2018 14:52:34 | | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:12-bk-10286-BR Fil or Ent: filed From: 4/25/2011 To: 7/24/2018 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# EXHIBIT "D"

# EXHIBIT "D"

# U.S. Bankruptcy Court
## Central District of California (Los Angeles)
### Bankruptcy Petition #: 2:98-bk-30468-TD

|  |  |
|---|---|
| *Date filed:* | 05/21/1998 |
| *Date terminated:* | 03/12/2002 |
| *Date discharged:* | 01/31/2002 |
| *Plan confirmed:* | 08/27/1998 |
| *Deadline for filing claims:* | 10/06/1998 |
| *Deadline for filing claims (govt.):* | 11/17/1998 |

*Assigned to:* Thomas B. Donovan
Chapter 13
Voluntary
Asset

**Debtor**
**Patricia M Gray**
2566 Overland Ave., Ste 600
Los Angeles, CA 90064
LOS ANGELES-CA
SSN / ITIN: xxx-xx-2402
*aka* Patricia M Nedrick

represented by **Cheryle M White**
12301 Wilshire Blvd, Ste 550
Los Angeles, CA 90025-1007
310-207-2089

**Trustee**
**Edwina E Dowell (TR)**
700 South Flower St Ste 1950
Los Angeles, CA 90017
213-996-4400

| Filing Date | # | Docket Text |
|---|---|---|
| 05/21/1998 | 1 | Voluntary petition under chapter 13 [RCI] (Entered: 05/22/1998) |
| 05/21/1998 | 2 | ORDER to comply with bankruptcy rule 1007 and notice of intent [RCI] (Entered: 05/22/1998) |
| 05/21/1998 | 3 | Statement of related cases [RCI] (Entered: 05/22/1998) |
| 05/21/1998 | 4 | Notice of available chapters [RCI] (Entered: 05/22/1998) |
| 05/21/1998 | 5 | Verification of creditor matrix [RCI] (Entered: 05/22/1998) |
| 05/21/1998 | 6 | Matrix [mailing list] [RCI] (Entered: 05/22/1998) |
| 05/21/1998 | 7 | Case commencement deficiency notice 1 Summary of schedules, 2 Signed declaration concerning debtor's schedules. 3 |

| | | |
|---|---|---|
| | | Disclosure of compensation of attorney for debtor. [LB2] (Entered: 05/22/1998) |
| 05/26/1998 | 8 | Notice of 341a meeting [requested from BNC] hearing on 07/08/1998 at 12:00 p.m. at 221 N. Figueroa St., Ste. 102, Los Angeles, CA 90012 [LMP] (Entered: 05/26/1998) |
| 05/29/1998 | 9 | Certificate of mailing RE: Item# 8 [BNC] (Entered: 06/01/1998) |
| 06/04/1998 | 10 | Summary of schedules RE: Item# 7 [LB2] (Entered: 06/05/1998) |
| 06/04/1998 | 11 | Schedule A filed RE: Item# 2 [LB2] (Entered: 06/05/1998) |
| 06/04/1998 | 12 | Schedule B filed RE: Item# 2 [LB2] (Entered: 06/05/1998) |
| 06/04/1998 | 13 | Schedule C filed RE: Item# 2 [LB2] (Entered: 06/05/1998) |
| 06/04/1998 | 14 | Schedule D filed RE: Item# 2 [LB2] (Entered: 06/05/1998) |
| 06/04/1998 | 15 | Schedule E filed RE: Item# 2 [LB2] (Entered: 06/05/1998) |
| 06/04/1998 | 16 | Schedule F filed RE: Item# 2 [LB2] (Entered: 06/05/1998) |
| 06/04/1998 | 17 | Schedule G filed RE: Item# 2 [LB2] (Entered: 06/05/1998) |
| 06/04/1998 | 18 | Schedule H filed RE: Item# 2 [LB2] (Entered: 06/05/1998) |
| 06/04/1998 | 19 | Schedule I filed RE: Item# 2 [LB2] (Entered: 06/05/1998) |
| 06/04/1998 | 20 | Schedule J filed RE: Item# 2 [LB2] (Entered: 06/05/1998) |
| 06/04/1998 | 21 | Declaration concerning debtor's schedules RE: Item# 7 [LB2] (Entered: 06/05/1998) |
| 06/04/1998 | 22 | Statement of financial affairs RE: Item# 2 [LB2] (Entered: 06/05/1998) |
| 06/04/1998 | 23 | Disclosure of attorney fees RE: Item# 7 [LB2] (Entered: 06/05/1998) |
| 06/04/1998 | 24 | Verification of creditor matrix RE: Item# 5 [LB2] (Entered: 06/05/1998) |
| 06/04/1998 | 25 | Matrix [mailing list] RE: Item# 6 [LB2] (Entered: 06/05/1998) |
| | | |

33

| 06/04/1998 | 26 | Chapter 13 plan and motion to avoid liens. RE: Item# 2 [Rescheduled] [LB2] (Entered: 06/05/1998) |
| 06/04/1998 | 27 | Proof of service for Chapter 13 plan. RE: Item# 26 [LB2] (Entered: 06/05/1998) |
| 06/10/1998 | 28 | Request for special notice and copies of all filed plans of reorganization and disclosure statements; with proof of service; filed by Gayle Takahashi attorney for City of Los Angeles [CCB] (Entered: 06/12/1998) |
| 06/17/1998 | 29 | Case deficiency cured RE: Item# 7 [LB2] (Entered: 06/17/1998) |
| 06/18/1998 | 30 | Application for fees; Memorandum of receipts & disbursements; Stat of attys Bkcy Rule 2016[b]; & Order thereon [Ch 13] Ordered in the sum of $2,000.00 [RH] (Entered: 06/18/1998) |
| 06/18/1998 | 31 | Notice of motion/application Application for fees [20-days] RE: Item# 30 [RH] Original NIBS Entry Number: 30A (Entered: 06/18/1998) |
| 06/18/1998 | 32 | Proof of service by Mail; filed by Araceli Gomez RE: Item# 30 [RH] Original NIBS Entry Number: 30B (Entered: 06/18/1998) |
| 06/26/1998 | 33 | Request for special notice with proof of service; filed by Edward G. Schloss attorney for Temple Inland Mortgage Corporation [CCB] Original NIBS Entry Number: 31 (Entered: 06/29/1998) |
| 07/17/1998 | 34 | Notice of continued confirmation hearing [Rescheduled] postponed to 08/06/1998 at 2:30 p.m. at 255 E. Temple St., Courtroom 1345, Los Angeles, CA 90012 RE: Item# 26 [RH] Original NIBS Entry Number: 32 (Entered: 07/22/1998) |
| 07/17/1998 | 35 | Proof of service filed by Juan J. Madrigal RE: Item# 34 [RH] Original NIBS Entry Number: 32A (Entered: 07/22/1998) |
| 08/27/1998 | <u>36</u> | ORDER on motion to avoid lien and order confirming chapter 13 plan for 36 months RE: Item# 26 [CR3] Original NIBS Entry Number: 33 (Entered: 08/27/1998) |
| 11/23/1998 | 37 | Notice of intent to pay claims filed by Ch. 13 Trustee with proof of service [CCB] Original NIBS Entry Number: 34 (Entered: 11/24/1998) |
| 01/22/1999 | 38 | |

| | | |
|---|---|---|
| | | Notice of intent to pay additional claims; filed by Ch. 13 trustee; with proof of service [Los Angeles Housing Department] [CCB] Original NIBS Entry Number: 35 (Entered: 01/25/1999) |
| 06/24/1999 | 39 | Motion to dismiss and notice of trustee's motion to dismiss because plan payments are delinquent and due to a material default of a plan provision 11 U.S.C. 1307 [c]6; with proof of service; filed by Nancy Curry hearing on 10/14/1999 at 3:00 p.m. at 255 E. Temple St ., Courtroom 1345, Los Angeles, CA 90012[Disposed] [JI] Original NIBS Entry Number: 36 (Entered: 06/25/1999) |
| 06/24/1999 | 40 | Declaration of Elisa Martinez RE: Item# 39 [JI] Original NIBS Entry Number: 36A (Entered: 06/25/1999) |
| 10/26/1999 | 41 | Withdrawal of motion [Notice of withdrawal of trustee's motion to dismiss with proof of service RE: Item# 39 [CJS] Original NIBS Entry Number: 37 (Entered: 10/28/1999) |
| 03/09/2000 | 42 | Resignation of trustee and interim accounting of resigning and successor trustee filed by the resigning trustee Nancy K. Curry. Effective January 1, 2000 all correspondence or inquires should be addressed to Edwina E. Dowell, the SUCCESSOR TRUSTEE. [SYS] Original NIBS Entry Number: 38 (Entered: 03/13/2000) |
| 05/19/2000 | 43 | Change of address filed by Cheryl M. White attorney for debtor; with signed proof of service [SSI] Original NIBS Entry Number: 39 (Entered: 05/22/2000) |
| 12/04/2000 | 44 | Motion to dismiss Trustee's Notice of Motion and Motion for order dismissing chapter 13 proceeding due to delinquent plan payments [11 U.S.C. 1307[c] and Declaration in support thereof; filed by Edwina E. Dowell [Disposed] [RH] Original NIBS Entry Number: 40 (Entered: 12/06/2000) |
| 01/16/2001 | 45 | Withdrawal of motion to dismiss chapter 13 case, filed by Edwina E. Dowell, trustee RE: Item# 44 [WCK] Original NIBS Entry Number: 41 (Entered: 01/17/2001) |
| 09/17/2001 | 46 | Notice of intent to pay claims [Amended], filed by Trustee E. Dowell, with proof of service. [CGJ] Original NIBS Entry Number: 42 (Entered: 09/18/2001) |
| 09/27/2001 | 47 | Motion to dismiss chapter 13 proceeding due to expiration of plan [11 USC 1307 [c] 8 ]; and declaration in support thereof; and notice, filed by Edwina E Dowell [Disposed] [WCK] Original NIBS Entry Number: 43 (Entered: 09/28/2001) |

35

| | | |
|---|---|---|
| 09/28/2001 | 48 | Objection to claim filed by the Los Angeles County Tax collector and notice; with proof of service; filed by Attorney for Debtor [Disposed] [PPC] Original NIBS Entry Number: 44 (Entered: 10/01/2001) |
| 10/11/2001 | 49 | Opposition to chapter 13 trustee's motion for order dismissing chapter 13 proceeding due to expiration of the plan with proof of service; filed by Attorney for debtor ; hearing on 12/13/01 at 11:00 a.m. RE: Item# 47 [PPC] Original NIBS Entry Number: 45 (Entered: 10/15/2001) |
| 11/13/2001 | 50 | Declaration of debtors counsel re: No opposition to objectoin to claim RE: Item# 48 [WCK] Original NIBS Entry Number: 46 (Entered: 11/14/2001) |
| 11/15/2001 | 51 | ORDER disallowing claim[s] no. 8 in the amount of $2,007.09 filed by Los Angeles County Tax Collecter and Notice of Entry RE: Item# 48 [WCK] Original NIBS Entry Number: 47 (Entered: 11/16/2001) |
| 12/11/2001 | 52 | Withdrawal of motion to dismiss chapter 13 case, filed by Edwina E. Dowell, trustee RE: Item# 47 [WCK] Original NIBS Entry Number: 48 (Entered: 12/12/2001) |
| 12/21/2001 | 53 | Notice of intent to file report of trustee and certification that the estate has been fully administered - obtain discharge of debtor and close case [JK] Original NIBS Entry Number: 49 (Entered: 12/27/2001) |
| 01/30/2002 | 54 | Declaration re non-receipt of objections to trustee's final report and account and request for discharge of debtor[s] [WCK] Original NIBS Entry Number: 50 (Entered: 01/31/2002) |
| 01/31/2002 | 55 | ORDER discharging debtor after completion of chapter 13 plan - cases filed after 11/5/90 [requested from BNC] RE: Item# 54 [WCK] Original NIBS Entry Number: 51 (Entered: 01/31/2002) |
| 02/03/2002 | 56 | Certificate of mailing RE: Item# 55 [BNC] Original NIBS Entry Number: 52 (Entered: 02/05/2002) |
| 02/28/2002 | 57 | Final report of trustee in asset case [Chapter 13] - CASE CONCLUDED [WCK] Original NIBS Entry Number: 53 (Entered: 02/28/2002) |
| 02/28/2002 | 58 | ORDER discharging chapter 13 panel trustee and exonerate bond liability RE: Item# 57 [WCK] Original NIBS Entry Number: 54 (Entered: 02/28/2002) |

36

| 03/12/2002 | <u>59</u> | ORDER closing case DISCHARGED. [WAW] Original NIBS Entry Number: 55 (Entered: 03/12/2002) |
| 05/03/2002 | 60 | Final report of trustee in asset case [Chapter 13] - CASE DISMISSED - AMENDED with cash [JK] Original NIBS Entry Number: 56 (Entered: 05/06/2002) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/24/2018 14:56:07 | | |
| PACER Login: | | Client Code: |
| Description: | Docket Report | Search Criteria: | 2:98-bk-30468-TD Fil or Ent: filed From: 4/25/1997 To: 7/24/2018 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| Billable Pages: | 3 | Cost: | 0.30 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017**

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF MOTION AND MOTION UNDER 11 U.S.C. § 1112(b)(1) TO CONVERT, DISMISS OR APPOINT A CHAPTER 11 TRUSTEE WITH AN ORDER DIRECTING PAYMENT OF QUARTERLY FEES AND FOR JUDGMENT THEREON; DECLARATION OF BANKRUPTCY AUDITOR

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____7/25/18_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED SERVICE LIST (IF APPLICABLE)

X    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___7/25/18_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST (IF APPLICABLE)

X    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____7/25/18_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST (IF APPLICABLE)

X    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/25/18 | Lawrence Pleasant | |
|---------|-------------------|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## ADDITIONAL SERVICE INFORMATION

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Ivan M Lopez Ventura  (debtor's proposed counsel)  ilecfbknotices@gmail.com, Lopezesq@gmail.com
Ron Maroko    ron.maroko@usdoj.gov
Brett P Ryan    ziggy.valerio@unifyfcu.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Edward T Weber    ed@eweberlegal.com

**2.    SERVED BY U.S. MAIL:**
      **Debtor**
      Patricia M Nedrick-Gray
      1406 S Van Ness Avenue
      Los Angeles, CA 90016

**3.    SERVED BY FEDERAL EXPRESS:**

      U.S. Bankruptcy Court
      255 E. Temple Street, Room 940
      Los Angeles, CA 90012
      Attn: Mail Room Clerk - Judges Copy

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FROM:      OFFICE OF THE UNITED STATES TRUSTEE

DATE:      July 25, 2018

TO:        BANKRUPTCY NOTICING CENTER

SUBJECT:   UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE

**PART I**

**Please notice the subject motion for the following Chapter 11 case:**

CASE NUMBER: 2:18-bk-17790-BR

CASE NAME: PATRICIA M. NEDRICK-GRAY

DATE PETITION FILED: July 6, 2018

HEARING DATE: **August 21, 2018**                TIME: **2:00 pm**

COURTROOM: 1668, 255 East Temple Street, Los Angeles

CONTACT AT U.S. TRUSTEE'S OFFICE: Ron Maroko, Trial Attorney

        For Conversion or Dismissal Only

Does the conversion or dismissal involve a joint petition
wherein one party (husband or wife) has been converted or
dismissed?
                    {   } Yes          { X } No

If yes, explain:

PREPARED BY: Ron Maroko

---

**PART II**    (To be completed by BANS)

Data Entry Operator _____  Date Entered _____

Comments: _____

_____

_____